# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140351

BARBARA A. GOODWIN,
          Plaintiff-Appellant,

v

NURSING CARE OPTIONS, L.L.C.,
TRAVELERS INDEMNITY COMPANY,
MERCY HEATHCARE AT HOME
(TRINITY HEALTH), and FAMILY
INDEPENDENCE AGENCY,
          Defendants-Appellees,

and

ROSIE L. SPIVEY, DOROTHY DEXTER, and
SECOND INJURY FUND/DUAL EMPLOYMENT
PROVISIONS,
          Defendants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140351
COA: 294758
WCAC: CC: 09-000032

On order of the Court, the application for leave to appeal the December 15, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

Clerk

s0322